THOMAS J. WEATHERFORD *et al.*

*v.*

THE PEOPLE OF THE STATE OF ILLINOIS.

COUNTY COURT—*act giving exclusive jurisdiction unconstitutional.* So much of the act of April 5, 1872, entitled "An act to increase the jurisdiction of county courts," as attempts to give these courts exclusive jurisdiction over misdemeanors, is unconstitutional.

WRIT OF ERROR to the Circuit Court of Morgan county; the Hon. CHARLES D. HODGES, Judge, presiding.

This was an indictment in the circuit court of Morgan county, against the plaintiffs in error, for riot. The defendants in the court below moved the circuit court to dismiss the cause for want of jurisdiction to proceed with the cause, as exclusive jurisdiction was conferred on the county court of the offense by the act of April 5, 1872, to increase the jurisdiction of county courts. The court overruled the motion, and, on a trial, the defendants were found guilty and fined $25, for which judgment was rendered, and for costs of suit.

Mr. WILLIAM H. BARNES, for the plaintiffs in error.

Mr. JAMES K. EDSALL, Attorney General, for the People.

Mr. CHIEF JUSTICE LAWRENCE delivered the opinion of the Court:

We have decided at the present term, in the case of *Myers* v. *The People, ante,* p. 503, that the act approved April 5th, 1872, entitled "An act to increase the jurisdiction of county courts," is unconstitutional, so far as it attempts to give these courts exclusive jurisdiction over misdemeanors, the constitution providing that the circuit courts shall have jurisdiction in all causes in law and equity. This disposes of the only question made in this case.

The judgment of the court below is affirmed.

*Judgment affirmed.*